# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:16-CV-138-MOC-DSC

| | |
|---|---|
| **DON BRADLEY WALLACE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **ENHANCED RECOVERY** | ) |
| **COMPANY, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

**THIS MATTER** is before the Court on the pro se Plaintiff's "Motion for Miscellaneous Relief [for Permission to File Electronically]" (document #8).

This Court's "Administrative Procedures Governing Filing and Service by Electronic Means" states in section I, subsection A that "[p]arties proceeding pro se shall not file electronically." In addition, section II, subsection D states that a party proceeding pro se is not allowed to file electronically but may receive notice of filings via email upon request.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff's "Motion for Miscellaneous Relief [for Permission to File Electronically]" (document #8) is **GRANTED IN PART** and **DENIED IN PART**. When Plaintiff provides the Clerk of Court with his email address, the Clerk is directed to add Plaintiff's email address for him to receive notice via e-mail whenever a pleading or other document is filed electronically.

2. The Clerk is directed to send copies of this Order to the pro se Plaintiff; to defense

counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: March 28, 2016

David S. Cayer
United States Magistrate Judge